# EXHIBIT B



| US8320820 B2 Claim 1 | Minnesota Vikings Mobile App |
|---|---|
| at least one **server** managing data including video of various perspectives of an activity captured by **video cameras** located throughout the sports and entertainment venue; and | Features include:<br>- News: Real-time breaking news from the Vikings, previews of upcoming matchups, post-game recaps and inside access<br>- Video: Live shows, press conferences, players shows and behind-the-scenes segments<br>- Photos: See all the images captured by our team photographers… the best in the biz!<br>- Audio: Listen to the Minnesota Vikings Podcast Network, including Under Center with Kirk Cousins<br>- Stats: Real-time stats and scores from the official NFL stats engine, head-to-head stats of the matchup, player stats, drive-by-drive stats, box score, out of-town scores around the league<br>- Standings: Division and conference standings<br>- Depth chart: Shown by offense, defense and special teams<br>- Schedule: See who's next up for the Vikings and purchase tickets to watch in person<br>- Games: Luck and skill are combined in Pass or Play, presented by Mystic Lake. Set your lineup each week, earn points and compete for prizes. You can also try to predict game outcomes with Stat Showdown for a chance to earn gear from the Vikings Locker Room store.<br><https://play.google.com/store/apps/details?id=com.yinzcam.nfl.vikings><br><br>The reference describes at least one server managing data including video of various perspectives of an activity captured by video cameras located throughout the sports and entertainment venue. |

| US8320820 B2 Claim 1 | Minnesota Vikings Mobile App |
|---|---|
| more than one self-contained pod including wireless communications electronics and an integrated antennae for said self-contained pod to operate as a **wireless access point** sustaining bi-directional communication with said at least one server, | In-Stadium Features:<br>• Download and manage your Vikings tickets<br>• Get directions to the stadium whether you're driving or taking mass transit<br>• Explore the stadium and its many points of interest<br>• Order food via the app for a safe, contactless experience<br>• Gain Vikings Rewards points for using your Vikings app<br><https://play.google.com/store/apps/details?id=com.yinzcam.nfl.vikings><br><br>The Vikings are also building mobile technology into the structure of the stadium itself—in the form of 2,000 beacons. Beacons are small wireless transmitters that can sense a smartphone's location via Bluetooth low energy.<br><br>The team also is placing beacons throughout the venue which will guide fans to their seats. Fans will be able to open up the app, type in their seat number, and receive turn-by-turn directions to guide them to their spot, Penhollow says.<br><br>https://www.digitalcommerce360.com/2016/04/13/minnesota-vikings-kick-new-app-and-stadium-beacons/<br><br>The reference describes more than one self-contained pod including wireless communications electronics and an integrated antennae for said self-contained pod to operate as a wireless access point sustaining bi-directional communication with said at least one server. |

| US8320820 B2 Claim 1 | Minnesota Vikings Mobile App |
|---|---|
| said more than one self-contained pod deployed as a matrix of communications nodes throughout a sports and entertainment venue to provide enhanced communications capacity for and **data network access** by said hand held wireless devices being used by **spectators located throughout the sports and entertainment venue** and providing access to said data from the at least one server to said hand held wireless devices in use by the spectators. | In-Stadium Features:<br>• Download and manage your Vikings tickets<br>• Get directions to the stadium whether you're driving or taking mass transit<br>• Explore the stadium and its many points of interest<br>• Order food via the app for a safe, contactless experience<br>• Gain Vikings Rewards points for using your Vikings app<br><https://play.google.com/store/apps/details?id=com.yinzcam.nfl.vikings><br><br>The reference describes said more than one self-contained pod deployed as a matrix of communications nodes throughout a sports and entertainment venue to provide enhanced communications capacity for and data network access by said hand held wireless devices being used by spectators located throughout the sports and entertainment venue and providing access to said data from the at least one server to said hand held wireless devices in use by the spectators. |