# EXHIBIT C



**Keisha Wyatt, MBA** · 2nd
International Marketing at the Minnesota Vikings
Dallas, Texas, United States · Contact info
500+ connections

    Minnesota Vikings

## About

A strategic, innovative, and future-thinking marketing strategist with over ten years in the sports industry. Confident and versatile professional with experience in developing marketing campaigns from concept to execution, brand strategy, and business development with a history of building partnerships with key constituents.

...see more

## Activity

3,085 followers

Keisha Wyatt, MBA commented on a post • 1mo
Well deserved!
 168                                                                 40 comments

Keisha Wyatt, MBA commented on a post • 2mo
Thank you, Dustin! I hope all is well.
 478                                                                150 comments

Keisha Wyatt, MBA commented on a post • 2mo
😥 😥 what a time! Let's go! FTK!
SKOL!
 121                                                                 31 comments

Show all activity →

## Experience

**Director, International Marketing**
Minnesota Vikings
Sep 2022 - Present · 5 mos

**Adweek Executive Mentee**
Adweek
May 2021 - May 2022 · 1 yr 1 mo

**Project Lead, Go Lab 2.0**
Meta
Oct 2021 - Apr 2022 · 7 mos

**Dallas Mavericks**
7 yrs 1 mo

- **Director of Marketing, Social Impact**
  2020 - 2021 · 1 yr

- **Director Of Strategy, Strategic Partnerships**
  2019 - 2020 · 1 yr

- **Director of Player Relations**
  2017 - 2019 · 2 yrs

  • Recommended by Head Coach Rick Carlisle to act as player liaison for business operations and basketball operations.                                                                                                                              ...see more

Show all 5 experiences →



**Gerald Ellis Hill, MS, SCCC, USAW** · 2nd
Assistant Strength And Conditioning Coach at Performance Course
Dallas-Fort Worth Metroplex · Contact info
500+ connections

Minnesota Vikings Football, LLC

Ashley Liles is a mutual connection

Connect    Message    More

## Featured

Image



**Passion in Action**
Getting my athletes ready for a successful season.

## Activity
1,075 followers

**Gerald Ellis hasn't posted lately**
Gerald Ellis' recent posts and comments will be displayed here.

Show all activity →

## Experience

**Assistant Strength And Conditioning Coach**
Minnesota Vikings Football, LLC
Apr 2018 - Present · 4 yrs 10 mos
Greater Minneapolis-St. Paul Area

**Ellis Hill**
Ellis Hill enters his first year with the Vikings strength and conditioning staff and first year in the NFL after spending a little over a year at his alma mater, the University of South...

**Assistant Strength And Conditioning Coach**
University of South Alabama
Feb 2017 - Present · 6 yrs
Mobile, Alabama Area

• Supports the planning and implementation of all aspects of the football program
• Works directly with the testing and training of the football, women's basketball, and men's and v  ...see more

**Professional Assistant Strength & Conditioning Intern**
Alabama State University
Aug 2015 - Dec 2016 · 1 yr 5 mos
Montgomery, Alabama Area

• Supported the planning and implementation of all aspects of the football program.
• Supported the planning and implementation of all aspects of the baseball program.              ...see more

**Assistant Strength And Conditioning Intern**
Tulane University
Jun 2015 - Jul 2015 · 2 mos
Greater New Orleans Area

• Supported with the planning and implementation of all aspects of the football program.
• Worked directly with the testing and training of football team.                           ...see more