# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ARENA IP, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Civil Action No. 3:23-cv-00260-E |
| MINNESOTA VIKINGS FOOTBALL, § | |
| LLC., § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jibril Greene of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. hereby enters his appearance on behalf of Plaintiff Arena IP, LLC in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

Respectfully submitted,

*/s/ Jibril Greene*
**JIBRIL GREENE**
jgreene@qslwm.com
Texas Bar No. 24093774
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5465
(214) 871-2111 Fax
*Counsel for Arena IP, LLC*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Eric J. Klein
eklein@velaw.com
Hilary L. Preston
hpreston@velaw.com
Paige H. Wright
pwright@velaw.com
Parker D. Hancock
phancock@velaw.com
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3900
Dallas, TX 75201
(214) 220-7700
(214) 999-7782 Fax
*Attorneys for Minnesota Vikings Football LLC*

                                         */s/ Jibril Greene*
                                         **JIBRIL GREENE**